UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HUGO MARTIN TORRES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>D. BRADBURY, et al.,<br><br>　　　　Defendants. | Case No: C 13-0344 SBA (PR)<br><br>**JUDGMENT** |

 For the reasons set forth in the Order Granting Defendants' Motion to Dismiss, judgment is entered against Plaintiff and in favor of Defendants.

 IT IS SO ORDERED.

Dated: February 2, 2015

　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\SBA\CR.13\Torres0344.jud.docx